# Docket & File

**MINUTE ENTRY**

**JOAN M. AZRACK, USMJ**
**DOCKET: 09-CV-4805 (KAM)**

DATE: 5/15/12
CASE: FDIC v. Malik, et al.

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☐ TELEPHONE  ☒ IN-PERSON

**CIVIL CAUSE FOR:**

☐ INITIAL CONF.   ☐ STATUS CONF.   ☒ SETTLEMENT CONF.   ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☐ 15  ☐ 30  ☐ 45  60  (2 hrs)  ☐ Other: ____

FOR PLAINTIFF: William Jacobs
               Patrick McGuirk

FOR DEFENDANT:  ~~Malik~~:
                ~~NMR Abstract~~:
                ~~Russo~~:
                ~~Pellegrini~~:
                ~~Artisan Mortgage~~ Co.:
                SI Mortgage Co.: William Moore
                ~~Acorn Funding Group~~:

- Sett. conf. held. Def. Russo to produce financial records by June 1. If such records not produced, D. Russo to appear for deposition on June 15, 2012

☒ *Docket Clerks are directed to enter the following Discovery Order(s):*
☒ *Docket Clerks are directed to enter the following Scheduling Order(s):*

Next conference on _____   ☐ Telephone   In-Person
☐ Pre-Trial Order by _____